# United States Bankruptcy Court
### District of Massachusetts

In re  **Jacinda Ester Vazuez-Prieto**                                    Case No. _____
                                        Debtor(s)                          Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | |
    |---|---|
    | For legal services, I have agreed to accept | $ **1,500.00** |
    | Prior to the filing of this statement I have received | $ **1,500.00** |
    | Balance Due | $ **0.00** |

2. $ **306.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4. The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e. [Other provisions as needed]
        **1. Initial Consultation 1-2 hours
        2. Intake review. 1-2 hours
        3. Review of paperwork. 2-3 hours
        4. Input into system software-2-3 hours
        5. Review of petition 1-2 hours
        6. 341 Prep. 1 hour**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **A. Adversary Proceedings (formal litigation) and/or contested matters (informal litigation) not related to the issue of discharge or the dischargeability of any debt, or any adversary proceeding relating to the debtor's discharge and/or dischargeability of any debt as being permissibly excluded as set forth in Bankruptcy Court Standing Order 2013-2. However, in the event representation is required pursuant to Standing Order 2013-02 the client shall be billed at the rate of $250.00 per hour. Representation in this regard is, however, rare.
    B. Amendments to pleadings resulting from debtors failure to provide complete or accurate information to the attorney;
    C. Clearing titles after successfully avoiding judicial leins;
    D. Litigating or defending pending collection or foreclosure actions as may be permitted by the Bankruptcy court upon creditors Motion;
    E. Mortgage modifications/negotiations**

In re **Jacinda Ester Vazuez-Prieto**                                                Case No. _____
                              Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

| **CERTIFICATION** |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |
| Dated: **May 30, 2014**          **/s/ Lamya A. Forghany BBO #**<br>**Lamya A. Forghany BBO # 675168**<br>**Forghany Law, P.C.**<br>**One Canal Street**<br>**Suite 201**<br>**Lawrence, MA 01840**<br>**978-258-0384   Fax: 978-299-0184**<br>**Bankruptcy@ForghanyLaw.com** |